UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN BAKER,<br>Plaintiff,<br>v.<br>LIFETIME ADVOCACY PLUS et al.,<br>Defendants. | CASE NO. 2:25-cv-01785-TL<br><br>ORDER ON MOTION FOR AN INDICATIVE RULING |

This matter is before the Court on Plaintiff Justin Baker's Motion for an Indicative Ruling under Federal Rule of Civil Procedure 62.1. Dkt. No. 172. Defendants have not responded to the instant motion.

Federal Rule of Civil Procedure 62.1 governs indicative rulings. Fed. R. Civ. Pro. 62.1. Rule 62.1 states:

> If a timely motion is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending, the court may: (1) defer considering the motion; (2) deny the motion; or (3) state either that it would grant the motion if the

> court of appeals remands for that purpose or that the motion raises a substantial issue.

The committee notes for Rule 62.1 states that this procedure "is helpful whenever relief is sought from an order that the court cannot reconsider *because the order is the subject of a pending appeal*." Fed. R. Civ. Pro. 62.1 (Committee Notes on Rules—2009) (emphasis added); *see also Rabang v. Kelly*, No. C17-88, 2018 WL 1737944, at *2 (W.D. Wash. Apr. 11, 2018) ("the Federal Rules allow a district court to indicate to the Court of Appeals that it would alter its ruling if the appeal were remanded for that purpose." (citing Fed. R. Civ. Pro. 62.1)). In the instant matter, Plaintiff seeks an indicative ruling on his Motion for Injunction Pending Appeal (Dkt. No. 158). *See* Dkt. No. 172 at 1. However, Plaintiff's Motion for Injunction Pending Appeal is not the subject of the appeal to the Ninth Circuit; rather, the Court's granting of Defendants' Motion for Summary Judgment is. *See* Dkt. No. 150 (Order on Motion for Summary Judgment); *see also* Dkt. No. 170 (Plaintiff's Opening Ninth Circuit Brief).

Accordingly, Plaintiff's Motion for an Indicative Ruling (Dkt. No. 172) is DENIED.

Dated this 9th day of November, 2026.

Tana Lin
United States District Judge